UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONI EHLERS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VNA CARE NETWORK, INC., )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 24-11708-PBS |

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having allowed, on January 14, 2026, the parties' motion for settlement approval in the above-entitled action:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right of any party, upon good cause shown to re-open the action within thirty (30) days if settlement is not consummated.

By the Court:

Robert Farrell, Clerk


/ s / Clarilde Karasek
Deputy Clerk

DATED: January 14, 2026